I

**Melvin PERKINS, Appellant,**

v.

**Nickels PLEITO, State Policeman, and Colonel Jos. D. Rutter, Superintendent.**

No. 14336.

United States Court of Appeals Third Circuit.

Argued April 6, 1964.

Decided April 20, 1964.

Melvin Perkins, pro se.

John A. Waldron, Deputy Atty. Gen., of State of New Jersey, Trenton, N. J., for appellee.

Before STALEY, HASTIE and GANEY, Circuit Judges.

PER CURIAM.

An examination of the record discloses no error in the decision of the district court. Accordingly, the judgment will be affirmed.

2

**Robert L. ROSE and Marie Rose, his wife, Appellants,**

v.

**JOHN WANAMAKER, PHILADELPHIA, INC.**

No. 14700.

United States Court of Appeals Third Circuit.

Argued April 9, 1964.

Decided April 17, 1964.

Avram G. Adler, Philadelphia, Pa. (Abraham E. Freedman, Freedman, Landy & Lorry, Philadelphia, Pa., on the brief), for appellants.

William J. McKinley, Jr., Philadelphia, Pa., for appellee.

Before KALODNER, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Judgment of the District Court of May 23, 1963, entered pursuant to the jury's verdict in favor of the defendant will be affirmed.

**Joseph MINA and Josephine Mina, his wife**

v.

**Samuel MELNICK and Ida Melnick, his wife, Also Known as Ida Tonuci, Appellants.**

No. 14692.

United States Court of Appeals Third Circuit.

Argued April 7, 1964.

Decided April 21, 1964.

Malcolm H. Waldron, Jr., Philadelphia, Pa. (Waldron & Weitzman, Philadelphia, Pa., on the brief), for appellants.

Perrin C. Hamilton, Philadelphia, Pa. (Hamilton, Darmopray & Malloy, Philadelphia, Pa., on the brief), for appellees.

Before KALODNER, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Judgment of the District Court entered pursuant to the jury's verdict in favor of the plaintiffs will be affirmed.